```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                              Case No. 11-18671-sr
Ronald S. Wilde, Jr.                                                Chapter 13
Kathryn R. Wilde
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0313-2          User: Denine                 Page 1 of 3              Date Rcvd: Jan 24, 2017
                              Form ID: 138NEW              Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2017.
db/jdb         +Ronald S. Wilde, Jr.,    Kathryn R. Wilde,    2146 Hawthorne Road,    New Hope, PA 18938-5498
cr              Nissan Motor Acceptance Corporation, Servicer for,    PO Box 660366,    Dallas, TX  75266-0366
12594814      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     P.O.Box 982235,    El Paso, TX  79998-2235)
12594815        Bank Of America Home Loans,    P.O.Box 5170,    Simi Valley, CA  93062-5170
12921739       +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
12922182       +Bank of America, N.A.,    c/o JOHN MICHAEL KOLESNIK,    Phelan Hallinan & Schmieg LLP,
                 1617 JFK BLVD, Suite 1400,    Philadelphia, PA 19103-1814
12594816        Barclays Bank Delaware,    Card Services,    P.O.Box 13337,    Philadelphia, PA  19101-3337
12594817        Capital One,    P.O.Box 30285,    Salt Lake City, UT  84130-0285
12594818        Chase,    P.O.Box 15298,    Wilmington, DE  19850-5298
12629450        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
12594821      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Credit,    National Bankruptcy Service Center,    P.O.Box 537901,
                 Livonia, MI  48153-7901)
12594823        GMAC Mortgage,    P.O.Box 4622,    Waterloo, IA  50704-4622
12812910       +Jeffrey C. McCullough, Esquire,    16 North Franklin Street, Suite 300,
                 Doylestown, PA 18901-3556
12594824        Nissan Motor Acceptance Corp.,    P.O.Box 685003,    Franklin, TN  37068-5003
12599966        Nissan-Infiniti LT,    PO Box 660366,    Dallas TX 75266-0366
12602974       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
12594825       +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
12594826        PNC Bank,    P.O.Box 3429,    Pittsburgh, PA  15230-3429
12777909        U.S Bank, National Association, et al,    Bank of America, N.A.,    P.O. Box 660933,
                 Dallas, TX 75266-0933
13102176        eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 25 2017 01:56:16     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 25 2017 01:55:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 25 2017 01:56:11     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bncmail@w-legal.com Jan 25 2017 01:56:04     Candica, LLC,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE,    SUITE 400,    SEATTLE, WA 98121-3132
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2017 01:51:43     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr             +Fax: 407-737-5634 Jan 25 2017 02:29:50     Ocwen Loan Servicing, LLC,    1661 Worthington Road,
                 Suite #100,    WEST PALM BEACH, FL 33409-6493
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 25 2017 02:04:10
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2017 01:51:26
                 Recovery Management Systems Corporation For GE Mon,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12669113       +E-mail/Text: bncmail@w-legal.com Jan 25 2017 01:56:04     Candica, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12594819        E-mail/Text: mrdiscen@discover.com Jan 25 2017 01:55:37     Discover Bank,
                 Discover Personal Loans,    P.O.Box 30954,    Salt Lake City, UT  84130-0954
12594820        E-mail/Text: mrdiscen@discover.com Jan 25 2017 01:55:37     Discover Bank,    P.O.Box 30943,
                 Salt Lake City, UT  84130
12599661        E-mail/Text: mrdiscen@discover.com Jan 25 2017 01:55:37     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12607198        E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2017 01:51:43     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605,
                 Attn: Ramesh Singh
12594822       +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2017 01:51:04     GE Money Bank,
                 Attn: Bankruptcy Department,    P.O.Box 103104,    Roswell, GA 30076-9104
12666653       +E-mail/Text: ally@ebn.phinsolutions.com Jan 25 2017 01:55:36     GMAC Mortgage, LLC,
                 1100 Virginia Drive,    Fort Washington, PA 19034-3204
12670037       +E-mail/Text: bncmail@w-legal.com Jan 25 2017 01:56:04     LINDIA, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12698134       +E-mail/Text: bknotice@ncmllc.com Jan 25 2017 01:56:04     National Capital Management, LLC,
                 agent for GE Capital Retail Bank,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
12913881       +E-mail/Text: bknotice@ncmllc.com Jan 25 2017 01:56:05     National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
12667104       +E-mail/Text: bncmail@w-legal.com Jan 25 2017 01:56:06     OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0313-2           User: Denine                 Page 2 of 3                    Date Rcvd: Jan 24, 2017
                               Form ID: 138NEW              Total Noticed: 42

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13340236        +Fax: 407-737-5634 Jan 25 2017 02:29:50      Ocwen Loan Servicing, LLC,
                 ATTN: Bankruptcy Department,   1661 Worthington Road, Suite 100,
                 West Palm Beach, FL 33409-6493
12705919         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 25 2017 02:04:09
                 Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk VA  23541
12836340         E-mail/PDF: rmscedi@recoverycorp.com Jan 25 2017 01:51:28
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +National Capital Management, LLC,   8245 Tournament Dr.,   Suite 230,   Memphis, TN 38125-1741
cr*             +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
12599501*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:   FIA CARD SERVICES, N.A.,   PO Box 15102,
                  Wilmington, DE 19886-5102)
12640009*      ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court:   Ford Motor Credit Company LLC,   Dept 55953,   P O Box 55000,
                  Detroit  MI  48255-0953)
13393447*       Nissan-Infiniti LT,   PO Box 660366 Dallas  TX 75266-0366
12777911*       U.S. Bank, National Association, et al,   Bank of America, N.A.,   P.O. Box 660933,
                 Dallas, TX 75266-0933
                                                                                              TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2017 at the address(es) listed below:
         ALLISON FRANCES ZUCKERMAN   on behalf of Creditor   Bank of America, N.A. paeb@fedphe.com
         ANDREW   SPIVACK   on behalf of Creditor   Ocwen Loan Servicing, LLC paeb@fedphe.com
         ANDREW   SPIVACK   on behalf of Creditor   U.S. Bank, National Association, et al...
          paeb@fedphe.com
         ANN E. SWARTZ   on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com,
          ecfmail@mwc-law.com
         CELINE P. DERKRIKORIAN   on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com
         CHRISOVALANTE  FLIAKOS   on behalf of Creditor   Ocwen Loan Servicing, LLC paeb@fedphe.com
         D. TROY SELLARS   on behalf of Creditor   Bank of America, N.A. D.Troy.Sellars@usdoj.gov
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
         JEFFREY C. MCCULLOUGH    on behalf of Joint Debtor Kathryn R. Wilde
          jeffmccullough@bondmccullough.com,  mbehrlacher@bondmccullough.com
         JEFFREY C. MCCULLOUGH    on behalf of Plaintiff Ronald S. Wilde, Jr.
          jeffmccullough@bondmccullough.com,  mbehrlacher@bondmccullough.com
         JEFFREY C. MCCULLOUGH    on behalf of Debtor Ronald S. Wilde, Jr.
          jeffmccullough@bondmccullough.com,  mbehrlacher@bondmccullough.com
         JEFFREY C. MCCULLOUGH    on behalf of Plaintiff Kathryn R. Wilde jeffmccullough@bondmccullough.com,
          mbehrlacher@bondmccullough.com
         JEROME B. BLANK   on behalf of Creditor   Ocwen Loan Servicing, LLC paeb@fedphe.com
         JEROME B. BLANK   on behalf of Creditor   Bank of America, N.A. paeb@fedphe.com
         JOHN MICHAEL KOLESNIK   on behalf of Creditor   Bank of America, N.A. paeb@fedphe.com
         JOSEPH ANGEO DESSOYE   on behalf of Creditor   Ocwen Loan Servicing, LLC paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN   on behalf of Creditor   U.S. Bank, National Association, et al...
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
         LESLIE J. RASE   on behalf of Creditor   Ocwen Loan Servicing, LLC pabk@logs.com,  lerase@logs.com
         NELSON  DIAZ   on behalf of Creditor   GMAC MORTGAGE, LLC ndiaz@milsteadlaw.com,
          bkecf@milsteadlaw.com
```

```
District/off: 0313-2          User: Denine              Page 3 of 3                  Date Rcvd: Jan 24, 2017
                              Form ID: 138NEW           Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         THOMAS I. PULEO    on behalf of Creditor    U.S. Bank, National Association, et al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for Nissan-Infiniti LT mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                                  TOTAL: 23

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Ronald S. Wilde, Jr. and Kathryn R. Wilde

    Debtor(s)

Bankruptcy No: 11−18671−sr

Chapter: 13

___

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 1/24/17

86 − 85
Form 138_new