United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 11-18671-sr
Ronald S. Wilde, Jr.                                      Chapter 13
Kathryn R. Wilde
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Denine              Page 1 of 2            Date Rcvd: Mar 07, 2017
                              Form ID: 195              Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2017.
```
db/jdb         +Ronald S. Wilde, Jr.,   Kathryn R. Wilde,   2146 Hawthorne Road,   New Hope, PA 18938-5498
cr              Nissan Motor Acceptance Corporation, Servicer for,   PO Box 660366,   Dallas, TX 75266-0366
cr             +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bncmail@w-legal.com Mar 08 2017 02:55:25      Candica, LLC,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE,    SUITE 400,    SEATTLE, WA 98121-3132
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2017 02:50:45      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL   33131-1605
cr             +E-mail/Text: bknotice@ncmllc.com Mar 08 2017 02:55:25      National Capital Management, LLC,
                 8245 Tournament Dr.,    Suite 230,    Memphis, TN 38125-1741
cr             +Fax: 407-737-5634 Mar 08 2017 03:38:01      Ocwen Loan Servicing, LLC,   1661 Worthington Road,
                 Suite #100,    WEST PALM BEACH, FL 33409-6493
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2017 02:59:43
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2017 02:51:07
                 Recovery Management Systems Corporation For GE Mon,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL   33131-1605
                                                                                               TOTAL: 6
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2017 at the address(es) listed below:
```
              ALLISON FRANCES ZUCKERMAN    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    U.S. Bank, National Association, et al...
               paeb@fedphe.com
              ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              CHRISOVALANTE   FLIAKOS    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              D. TROY SELLARS    on behalf of Creditor    Bank of America, N.A. D.Troy.Sellars@usdoj.gov
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JEFFREY C. MCCULLOUGH    on behalf of Joint Debtor Kathryn R. Wilde
               jeffmccullough@bondmccullough.com,    mbehrlacher@bondmccullough.com
              JEFFREY C. MCCULLOUGH    on behalf of Plaintiff Ronald S. Wilde, Jr.
               jeffmccullough@bondmccullough.com,    mbehrlacher@bondmccullough.com
              JEFFREY C. MCCULLOUGH    on behalf of Debtor Ronald S. Wilde, Jr.
               jeffmccullough@bondmccullough.com,    mbehrlacher@bondmccullough.com
              JEFFREY C. MCCULLOUGH    on behalf of Plaintiff Kathryn R. Wilde jeffmccullough@bondmccullough.com,
               mbehrlacher@bondmccullough.com
              JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              JOHN MICHAEL KOLESNIK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank, National Association, et al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LESLIE J. RASE    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com,   lerase@logs.com
```

```
District/off: 0313-2          User: Denine               Page 2 of 2                   Date Rcvd: Mar 07, 2017
                              Form ID: 195               Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      NELSON  DIAZ    on behalf of Creditor    GMAC MORTGAGE, LLC ndiaz@milsteadlaw.com, bkecf@milsteadlaw.com

      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

      THOMAS I. PULEO    on behalf of Creditor    U.S. Bank, National Association, et al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

      WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for Nissan-Infiniti LT mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com

                                                                                                         TOTAL: 23

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Ronald S. Wilde, Jr. and Kathryn R. Wilde : Case No. 11−18671−sr
    Debtor(s)

### ORDER
_____

    AND NOW, this day , March 7, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Stephen Raslavich
Judge , United States Bankruptcy Court

90
Form 195